**FILED
IN CLERK'S OFFICE
US DISTRICT COURT
E.D.N.Y.
* AUGUST 20, 2025 *
BROOKLYN OFFICE**

JOHN STEBE, ESQ.
3514 Campfire Rd.
Yorktown Heights, NY 10598
Tel (718) 490-7130
Email: StebeLaw@yahoo.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X

VADIM PAVLOTSKIY,

          Petitioner-Plaintiff,

- vs -

WILLIAM JOYCE, Acting Field Office
Director of the New York Immigration and
Customs Enforcement Office,

TODD LYONS, Acting Director of United
States Immigration and Customs Enforcement,

KRISTI NOEM, Secretary of the United
States Department of Homeland Security,

PAM BONDI, Attorney General of the United
States,

          Respondents-Defendants.

------------------------------------------------------------X

DECLARATION OF
JOHN P. STEBE, ESQ.

Docket No.: **25-CV-4622**

**Judge Hector Gonzalez**

    In accordance with the Rules of this court guiding the issuance of the Temporary Restraining Orders, I contacted Immigrations and Customs Enforcement at 8:16AM via email at eronyappoints@ice.dhs.gov and the Office of ICE Legal Affairs at OPLA-NYC-MsL@ice.dih.gov to notify them of this appearance [copy of the email is enclosed].

    I also contact the United States Attorney's Office for the Eastern District of New York via telephone at 718-254-7000 at 9:09AM to advise them of the same. However, I was not able to get anyone and was able only to leave a message.

Having reviewed the website for the United States Attorney's Office for the Eastern District of New York, I have determined that they do not provide an official email address for notifications.

Dated: Yorktown Heights, New York
      August 20, 2025

                                                John P. Stebe, Esq.