UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

VADIM PAVLOTSKIY,

                           Plaintiff,

      v.

WILLIAM JOYCE, Acting Field Office Director
of the New York Immigration and Customs
Enforcement Office; TODD LYONS, Acting
Director of United States Immigration and
Customs Enforcement; KRISTI NOEM,
Secretary of the United States Department of
Homeland Security; PAM BONDI, Attorney
General of the United States,

                          Defendants.

**STIPULATION OF
DISMISSAL
WITHOUT PREJUDICE**

Civil Action No.
25-cv-4622

(Gonzalez, J.)

-----------------------------------------------------------------x

       IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned action, that this action shall be dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs, expenses, and fees.

Dated: Yorktown Heights, New York
         September _15_, 2025

LAW OFFICE OF JOHN STEBE, ESQ.
*Attorney for Plaintiff*
3514 Campfire Road
Yorktown Heights, New York 10598

By: _____
     John Stebe, Esq.
     (718) 490-7130
     StebeLaw@yahoo.com

*Pavlotskiy v. Joyce, et al.*, **25-cv-4622 (Gonzalez, J.)**
**Stipulation of Dismissal Without Prejudice**
**Page 2**

Dated: Brooklyn, New York
       September 15, 2025

JOSEPH NOCELLA, JR.
United States Attorney
*Attorney for Defendants*
Eastern District of New York
271 Cadman Plaza East, 7th Fl.
Brooklyn, New York 11201

By:   */s/ Rachel Balaban*
      Rachel Balaban
      Assistant U.S. Attorney
      (718) 254-6028
      rachel.balaban@usdoj.gov